IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN GADRA-LORD** | : | CIVIL ACTION NO. 1:15-cv-540 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **DEPUTY VUKSTA, et al.** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a March 31, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, on this 22nd day of April, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 5) is GRANTED.

3) The Plaintiff's complaint is dismissed with respect to Deputy Vuksta, a supervisory defendant and the only named defendant in the lawsuit, without prejudice to the plaintiff endeavoring to correct the defects cited in the report, provided that the plaintiff acts within 20 days of this dismissal order.

4) If Plaintiff does not file an amended complaint within 20 days of the date of this order, the Clerk of Court is directed to close the case.

5) If Plaintiff files an amended complaint within 20 days of the date of this order, all further proceedings in this matter are referred to Magistrate Judge Carlson.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
