IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN K. GADRA-LORD, | : | No. 1:15-cv-540 |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| DEPUTY VUKSTA, et al., | : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is the April 7, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, on this 2nd day of May 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 31) of Magistrate Judge Carlson;

2) Defendant Lisiak's motion to revoke the plaintiff's in forma pauperis status (Doc. No. 18), is **DENIED**;

3) Defendant Lisiak's motion to dismiss (Doc. No. 23) is **DENIED**; and

4) The case is referred back to Magistrate Judge Carlson for further pretrial management.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court